# United States District Court

## DISTRICT OF NEVADA

**FILED**
Nov 29  3 58 PM '10
U.S. MAGISTRATE JUDGE
BY _____

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

**FERNANDO RAMIREZ-HERNANDEZ**

CASE NUMBER:

2:10-mj-00983-RJJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.
On or about __08/20/2009__ in __Clark__ county, in the _____ District of __Nevada__ defendant(s), did:

unlawfully, willingly, knowingly, and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Garland, Texas, or New Brunswick, New Jersey, or other destinations currently unknown, after committing the felony crime of Murder with a Deadly Weapon, a violation of Nevada Revised Statute (NRS) 200.030.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

On 08/02/2009, the boyd of Hector Escobar-Rizo was found in a desert area west of Le Baron and Ft. Apache in Las Vegas. Fernando Ramirez-Hernandez, born 08/05/1969, was identified as the primary suspect. A search warrant at his residence was executed. Escobar-Rizo's blood was found on Ramirez-Hernandez' clothing. Ramirez-Hernandez' vehicle was found in an unoccupied residence. The vehicle also contained large amounts of blood and a .38 caliber revolver was found buried in the backyard. On 08/20/2009, Las Vegas Justice Court issued an arrest warrant for Ramirez-Hernandez charging him with Murder with a Deadly Weapon.

Efforts to locate Ramirez-Hernandez in Nevada have been unsuccessful and his photo has been released to various media outlets as a person wanted for murder. On 10/07/2010, a tip was received that Ramirez-Hernandez was living in Garland, Texas with his girlfriend. On /11/14/2010, an anonymous tip was received that Ramirez-Hernandez was living in New Brunswick, New Jersey, where he was working as a truck loader.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

Signature of Complainant

T. SCOTT HENDRICKS III
Special Agent
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,

By _____

Date: 11-29-10

at   Las Vegas, Nevada
City and State

UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer